

| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>    United States Attorney<br>2  MICHELLE A. PRINCE<br>    Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>    Sacramento, California  95814<br>4  Telephone: (916) 554-2758 | FILED<br>DEC  8 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>     DEPUTY CLERK |

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:11 - CR - 0 5 1 8 MCE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>             Plaintiff,              )<br>    v.                               )<br>                                     )<br>WILLIAM RICHTER,                     )<br>                                     )<br>             Defendant.              )<br>_____) | CR. NO.<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney MICHELLE A. PRINCE to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: Dec 9, 2011

/s/ Kendall J. Newman
KENDALL J. NEWMAN
United States Magistrate Judge

1