1
2
3
4
5
6
7

**SEALED** 

FILED
DEC 8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,       )
12                 Plaintiff,       )
        v.                          )
13                                  )   2:11-CR-0518 MCE
    SEALED,                         )
14                                  )
                   Defendant.       )
15  _____)

16                  SEALING ORDER

17      Upon Petition of the United States of America and good cause
18  having been shown,
19      IT IS HEREBY ORDERED that the documents in the above referenced
20  case shall be sealed until the arrest of the defendant or until
21  further order the Court.
22
23  DATED: Dec 8, 2011

                                    _____
                                    KENDALL J. NEWMAN
                                    United States Magistrate Judge