**FILED**

**DEC 15 2011**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. NO. 2:11-CR-518 MCE |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR UNSEALING INDICTMENT |
| WILLIAM RICHTER, | |
| Defendant. | |

On December 8, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: December 15, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                                By:/s/Michelle A. Prince
                                MICHELLE A. PRINCE
                                Assistant U.S. Attorney

**ORDER**

SO ORDERED:

DATED: December 15, 2011

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge