FILED
December 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILLIAM RICHTER, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00518 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>William Richter</u>; Case <u>2:11-cr-00518 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_   Release on Personal Recognizance

- \_   Bail Posted in the Sum of _____

- X   Unsecured Appearance Bond in the amount of $25,000.00, co-signed by defendant's mother, Mary Richter.

- \_   Appearance Bond with 10% Deposit

- \_   Appearance Bond secured by Real Property

- \_   Corporate Surety Bail Bond

- X   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/15/2011</u> at <u>11:30 A.M.</u>

By _____
Kendall J. Newman
United States Magistrate Judge