DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIAM RICHTER,<br><br>        Defendant. | No. 2:11-CR-00518-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: January 26, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for January 26, 2012, may be continued to March 1, 2012, at 9:00 a.m.

    The government has yet to provide discovery but expects to do so shortly. Defense counsel will then need time to review it with Mr. Richter and to plan a course of action. The parties therefore agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.

1

1 The parties agree that time under the Speedy Trial Act should be
2 excluded from the date of this order through the status conference
3 on March 1, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4 (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  January 20, 2012            */s/ T. Zindel for M. Prince*
                                    MICHELLE PRINCE
                                    Assistant U.S. Attorney

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  January 20, 2012            */s/ T. Zindel*
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Mr. Richter

**O R D E R**

The status conference is continued to March 1, 2012, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

    IT IS SO ORDERED.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE