DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>WILLIAM RICHTER,<br><br>      Defendant. | No. 2:11-CR-00518 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:  March 2, 2012<br>Time:  10:30 a.m.<br>Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for March 2, 2012, may be continued to March 29, 2012, at 9:00 a.m.

   The government has provided discovery.  Defense counsel needs additional time to review discovery with Mr. Richter and to plan a course of action.  The parties therefore agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.

1

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on March 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  February 28, 2012      */s/ T. Zindel for M. Prince*
                                  MICHELLE PRINCE
                                  Assistant U.S. Attorney

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated:  February 28, 2012      */s/ T. Zindel*
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for Mr. Richter

## O R D E R

The status conference is continued to March 29, 2012, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

    IT IS SO ORDERED.

Dated: March 2, 2012

                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE