DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM RICHTER, <br><br> Defendant. | No. 2:11-CR-00518-MCE <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: March 28, 2012 <br> Time: 9:00 a.m. <br> Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for March 28, 2012, may be continued to May 10, 2012, at 9:00 a.m.

The government has provided discovery. Defense counsel needs additional time to review discovery with Mr. Richter and to plan a course of action. The parties therefore agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.

1

1  The parties agree that time under the Speedy Trial Act should be
2  excluded from the date of this order through the status conference
3  on May 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 28, 2012  */s/ T. Zindel for M. Prince*
                                      MICHELLE PRINCE
                                      Assistant U.S. Attorney

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: March 28, 2012  */s/ T. Zindel*
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for Mr. Richter

## O R D E R

The status conference is continued to May 10, 2012, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE