

FILED

JUN - 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  WILLIAM RICHTER

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   NO. 2:11-CR-0518 MCE
                                 )
12              Plaintiff,       )   STIPULATION AND [PROPOSED
                                 )   ORDER] FOR PROTECTIVE ORDER
13      v.                       )   REGARDING DEFENSE FORENSIC
                                 )   COMPUTER EXAMINATION
14 WILLIAM RICHTER,              )
                                 )
15              Defendant.       )
                                 )
16 _____ )

17

18      IT IS HEREBY STIPULATED by and between the parties, through their

19 respective counsel, Michelle Prince, Assistant United States Attorney,

20 attorney for Plaintiff, and Timothy Zindel, Assistant Federal

21 Defender, attorney for Mr. Richter, as follows.

22      The parties ask the Court to approve the following proposed

23 protective order governing the defense expert's forensic examination

24 of computer data seized in this case.

25      In order to advise the defendant adequately, the defense case

26 requires a forensic evaluation by a knowledgeable expert of computer

27 hardware and other material the government alleges contain images of

28 child pornography.  The parties have agreed that the attached proposed

1 | order should govern the defense examination of the computer media.
2 | They ask the Court to approve the proposed order.
3 |     Respectfully submitted,
4 |     DANIEL J. BRODERICK
    Federal Defender
5 |
6 | Dated: June 7, 2012     /s/ Timothy Zindel
    TIMOTHY ZINDEL
7 |     Assistant Federal Defender
    Attorney for WILLIAM RICHTER
8 |
9 |     BENJAMIN B. WAGNER
    United States Attorney
10 |
11 | Dated: June 7, 2012     /s/ T. Zindel for M. Prince
    MICHELLE PRINCE
12 |     Assistant U.S. Attorney
    Attorney for Plaintiff
13 |

**O R D E R**

Pursuant to the parties' agreement, the Court approves the attached protective order.

IT IS SO ORDERED.

Dated: June 7, 2012

HON. DALE A. DROZD
United States Magistrate Judge