DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM RICHTER,<br><br>    Defendant. | No. 2:11-CR-0518 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: July 5, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for July 5, 2012, may be continued to August 23, 2012, at 9:00 a.m.

Defense counsel seeks additional time to perform a forensic review of computer materials seized from Mr. Richter and to evaluate those results. The parties therefore agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.

1

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on August 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  July 3, 2012            */s/ T. Zindel for M. Prince*
                                      MICHELLE PRINCE
                                      Assistant U.S. Attorney

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  July 3, 2012            */s/ T. Zindel*
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for Mr. Richter

## O R D E R

The status conference is continued to August 23, 2012, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: July 5, 2012

                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE