DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0518 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| WILLIAM RICHTER, | |
| Defendant. | Date: August 23, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for August 23, 2012, may be continued to October 18, 2012, at 9:00 a.m.

Defense counsel has yet to complete its forensic review of computer materials seized from Mr. Richter and to evaluate those results. The parties therefore agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.

1

1 The parties agree that time under the Speedy Trial Act should be
2 excluded from the date of this order through the status conference
3 on October 18, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4 (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  August 21, 2012        */s/ T. Zindel for M. Prince*
MICHELLE PRINCE
Assistant U.S. Attorney


DANIEL J. BRODERICK
Federal Defender

Dated:  August 21, 2012        */s/ T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Richter

*///*
*///*
*///*

**O R D E R**

The status conference is continued to October 18, 2012, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE