DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      Plaintiff,          v.  WILLIAM RICHTER,          Defendant. | No. 2:11-CR-00518-MCE  **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**  Date: October 18, 2012  Time: 9:00 a.m.  Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for October 18, 2012, may be continued to December 13, 2012, at 9:00 a.m.

Defense counsel has yet to complete its forensic review of computer materials seized from Mr. Richter and to evaluate those results. The parties therefore agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.

1

1  The parties agree that time under the Speedy Trial Act should be
2  excluded from the date of this order through the status conference
3  on December 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4  (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  October 15, 2012            /s/ T. Zindel for M. Prince
                                    MICHELLE PRINCE
                                    Assistant U.S. Attorney


                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  October 15, 2012            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Mr. Richter

///
///
///

2

**O R D E R**

The status conference is continued to December 13, 2012, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE