1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00518 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| WILLIAM RICHTER, | |
| Defendant. | Date: December 7, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for December 7, 2012, may be continued to January 24, 2013, at 9:00 a.m.

Defense counsel has yet to complete its forensic review of computer materials seized from Mr. Richter and to evaluate those results. Also, defense counsel is currently on medical which began on November 12 and will not be returning until end of December.

///

///

1

1 The parties therefore agree that the interests of justice to be
2 served by a continuance outweigh the best interests of the parties
3 in a speedy trial.  The parties agree that time under the Speedy
4 Trial Act should be excluded from the date of this order through
5 the status conference on January 24, 2013, pursuant to 18 U.S.C. §
6 3161(h)(7)(A) and (B)(iv).

                                 Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  November 26, 2012        /s/ T. Zindel for M. Prince
                                 MICHELLE PRINCE
                                 Assistant U.S. Attorney

                                 DANIEL J. BRODERICK
                                 Federal Defender

Dated:  November 26, 2012        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for Mr. Richter

## O R D E R

The status conference is **continued to January 24, 2013, at 9:00 a.m.**  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

   IT IS SO ORDERED.

 Dated: November 27, 2012

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE